# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2024-2562
_____

RENEE MICHEL,

Appellant,

v.

UNIVERSITY OF CENTRAL
FLORIDA,

Appellee.

_____


On appeal from the Florida Commission on Human Relations. Cheyanne Costilla, Executive Director.


February 26, 2026

PER CURIAM.

AFFIRMED.

BILBREY, KELSEY, and LONG, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Neil Bryan Tygar of Neil Bryan Tygar, P.A., Delray Beach, for Appellant.

Sara Huff Potter and Craig Frischer Novick, University of Central Florida Office of the General Counsel, Orlando; Jeffrey Douglas Slanker and Robert Jacob Sniffen of Sniffen & Spellman, P.A., Tallahassee, for Appellee.